UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DESIGNATION FORM
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: _175 King Ave Ewing NJ 08638_

Address of Defendant: _9815 Roosevelt Blvd Suite A Phildelphia, PA 19114_

Place of Accident, Incident or Transaction: _9815 Roosevelt Blvd Suite A Philadelphia PA 19114_

---

**RELATED CASE, IF ANY:**

Case Number: _____ Judge: _____ Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?  Yes ☐  No ☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?  Yes ☐  No ☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?  Yes ☐  No ☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?  Yes ☐  No ☑

I certify that, to my knowledge, the within case  ☐ is / ☑ is not  related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: _02/14/2020_     _/s/ (signature) Must sign here_     _83362_
*Attorney-at-Law / Pro Se Plaintiff*     *Attorney I.D. # (if applicable)*

---

**CIVIL: (Place a √ in one category only)**

A. *Federal Question Cases:*
☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
☐ 2. FELA
☐ 3. Jones Act-Personal Injury
☐ 4. Antitrust
☐ 5. Patent
☐ 6. Labor-Management Relations
☑ 7. Civil Rights
☐ 8. Habeas Corpus
☐ 9. Securities Act(s) Cases
☐ 10. Social Security Review Cases
☐ 11. All other Federal Question Cases
*(Please specify):* _____

B. *Diversity Jurisdiction Cases:*
☐ 1. Insurance Contract and Other Contracts
☐ 2. Airplane Personal Injury
☐ 3. Assault, Defamation
☐ 4. Marine Personal Injury
☐ 5. Motor Vehicle Personal Injury
☐ 6. Other Personal Injury *(Please specify):* _____
☐ 7. Products Liability
☐ 8. Products Liability – Asbestos
☐ 9. All other Diversity Cases
*(Please specify):* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _Gary Schafkopf_, counsel of record *or* pro se plaintiff, do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☑ Relief other than monetary damages is sought.

DATE: _02/14/2020_     _/s/ (signature) Sign here if applicable_     _83362_
*Attorney-at-Law / Pro Se Plaintiff*     *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

*Civ. 609 (5/2018)*

JS 44 (Rev. 02/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Johnny Fields and Anita Powell Williams Fields

**(b)** County of Residence of First Listed Plaintiff: Mercer County NJ
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Schafkopf Law LLC, 11 Bala Ave Bala Cynwyd PA 19004; 610-664-5200
Weisberg Law, 7 S. Morton Ave, Morton PA 19070; 610-690-0801

## DEFENDANTS
Emcor Group Inc; Emcor Services Fluidics Inc, and Kenneth Shaffer

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| | | | | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 USC 1981 and 1983
Brief description of cause:
Harassment, Discrimination and Hostile Work Environment

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: 02/14/2020
SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| Johnny Fields et al | : | CIVIL ACTION |
| v. | : | |
| Emcor Group, Inc et al | : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.    ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.    ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.    ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.    ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)    ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.    (X)

| 2-14-2020 | Gary Schafkopf, Esq | Plaintiff |
|---|---|---|
| **Date** | **Attorney-at-law** | **Attorney for** |
| 610-664-5200 | 888-283-1334 | gary@schaflaw.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

WEISBERG LAW
Matthew B. Weisberg, Attorney ID No. 85570
7 South Morton Ave.
Morton, PA 19070
610-690-0801
Fax: 610-690-0880
**Attorney for Plaintiffs**

Schafkopf Law, LLC
Gary Schafkopf, Attorney ID No. 83362
11 Bala Ave
Bala Cynwyd, PA 19004
610-664-5200 Ext 104
Fax: 888-283-1334
**Attorney for Plaintiffs**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHNNY FIELDS**<br>175 King Ave<br>Ewing, NJ 08638<br><br>and<br><br>**ANITA POWELL WILLIAMS FIELDS**<br>175 King Ave<br>Ewing, NJ 08638<br><br>**Plaintiff**<br>v.<br><br>**EMCOR GROUP INC**<br>9815 Roosevelt Blvd<br>Suite A<br>Philadelphia, PA 19114<br><br>and<br><br>**EMCOR FACILITIES SERVICES FLUIDICS INC**<br>9815 Roosevelt Blvd<br>Suite A<br>Philadelphia, PA 19114<br><br>and<br><br>**KENNETH SHAFFER**<br>9815 Roosevelt Blvd<br>Suite A<br>Philadelphia, PA 19114<br><br>**and** | Civil Action No.<br><br><br>JURY TRIAL OF TWELVE (12)<br>JURORS DEMANDED |

**JOHN DOES 1-10**

**Defendants**

## CIVIL ACTION COMPLAINT

### PARTIES

1. Plaintiff, Johnny Fields, is an adult individual residing at the above captioned address. At all times material, Plaintiff was employed by the Defendant, EMCOR Services Fluidics Inc. as a Lead Diesel Technician. Plaintiff worked for Defendant from November 2018 to May 21, 2019.

2. Plaintiff, Anita Powell Williams Fields, is an adult individual residing at the above captioned address and is the wife of Plaintiff, Johnny Fields.

3. Defendant, EMCOR Group Inc is a corporation duly organized in the Commonwealth of Pennsylvania doing business at the above captioned address.

4. Defendant, EMCOR Facilities Services Fluidics Inc, is a corporation duly organized in the Commonwealth of Pennsylvania doing business at the above captioned address.

5. Defendant, Ken Shaffer, is an adult individual and employee of EMCOR Services Fluidics Inc doing business at the above captioned address.

6. Defendants, John Does 1-10, is a moniker/fictitious name for individuals and entities currently unknown but will be substituted when known, as affiliated, associated or liable hereunder for the reasons set forth below or inferred therefrom. Each of these parties are incorporated as Defendants in each and every count and averment listed above and below. Upon information and belief, Defendants, John Does, were agents, servants, workmen, or employees of Co-Defendant, liable to Plaintiff hereunder.

### JURISDICTION AND VENUE

7. Jurisdiction over the matter is conferred upon the Court by 28 USC § 1331, as the cause of action arises under federal law. Supplemental jurisdiction over Plaintiff's state law claims is granted by 28 U.S.C. § 1367(a).

8. Venue is proper in this district as the facts and transactions involved in the discrimination complained of herein occurred in large part in Philadelphia Pennsylvania.

9. All conditions precedent have been satisfied. **Exhibit A**

## STATEMENT OF FACTS

10. Plaintiff was hired as a lead diesel technician in November 2018.

11. Plaintiff was under the supervision of Defendant, Kenneth Shaffer, who was the site manager.

12. On Plaintiff's first day, Shaffer made an unusual remark upon meeting Plaintiff; Shaffer told Plaintiff that he had an African American grandson.

13. On or about February 12, 2019, Plaintiff was working on a forklift.

14. Plaintiff approached Shaffer with some questions about the forklift.

15. Shaffer told Plaintiff he did not have time to speak with him and had more important issues to take care.

16. Plaintiff confronted Shaffer stating that he felt Shaffer ignored him and brushed him off anytime Plaintiff attempted to speak to him about work related issues.

17. An argument ensued between Plaintiff and Shaffer in which Shaffer began yelling inches from Plaintiff's face and poking his finger into Plaintiff's chest.

18. Shaffer began calling Plaintiff names and stated, "there are two kind of black folks, one that eat chicken and one that eat watermelon, which on are you Johnny?"

19. Plaintiff walked away and immediately contacted Shaffer's supervisors and reported the incident to human resources.

20. Defendant EMCOR never investigated the incident Plaintiff was advised by Human Resources that the matter would be closed because each party gave conflicting accounts of the incident and there were no witnesses.

21. On or about April 15, 2019, Plaintiff discovered a leak with a fork lift.

22. Plaintiff went to Shaffer's office to discuss the issue and found Shaffer sitting in his office with another employee, "EJ."

23. Again, Shaffer was dismissive of Plaintiff's issue.

24. Plaintiff confronted Shaffer in front of EJ, asking why Shaffer was dismissive of him and his work-related issues and was disrespectful toward Plaintiff.

25. Shaffer jumped out of his chair yelling at Plaintiff, accusing Plaintiff of stating Shaffer was a racist to other employees and threatening to "kick his ass."

26. Plaintiff reported the incident to Human Resources.

27. On or about April 16, 2019, Plaintiff was suspended pending an investigation by EMCOR.

28. On or about May 21, 2019, Plaintiff received a phone call from EMCOR and a letter stating Plaintiff would be terminated pretextually due to EMCOR losing their contract with US Steel. **Exhibit B**

29. Upon information and belief Shaffer was not terminated.

30. The actions of Defendants have caused Plaintiff to suffer fear, distress, upset, and financial loss.

## STATEMENT OF CLAIMS

## COUNT I
## CIVIL RIGHTS VIOLATION 42 U.S.C. § 1981 & 1983 -
## HARASSMENT, DISCRIMINATION AND HOSTILE WORK ENVIRONMENT ON THE BASIS OF RETALIATION ETHNICITY AND RACE

31. The above paragraphs are incorporated herein by reference.

32. As a result of Defendant's actions as aforesaid, Defendant has denied Plaintiff the right to the same terms, conditions, privileges and benefits of his employment agreement with EMCOR, in violation of 42 U.S.C. § 1981.

33. Defendant has caused Plaintiff to suffer humiliation and embarrassment, emotional distress, and to sustain damages for which recovery of compensatory damages may be had pursuant to 42 U.S.C. § 1983.

34. Said hostile environment and discrimination against Plaintiff was pervasive and severe.

35. Said hostile environment and discrimination against Plaintiff has affected Plaintiff to his detriment.

36. Said hostile environment, discrimination and harassment would detrimentally affect a reasonable person under similar circumstances.

37. Said discrimination and harassment has caused a hostile work environment.

38. Said violations were done intentionally and/or knowingly with malice or reckless indifference and warrant the imposition of punitive damages.

39. As a direct and proximate result of Defendant's violation of 42 U.S.C. § 1983, Plaintiff has suffered the damages and losses set forth herein and has incurred attorneys' fees and costs.

40. Plaintiff is suffering and will continue to suffer irreparable injury and monetary damages as a result of Defendant's discriminatory acts unless and until this Court grants the relief requested herein.

41. The wrongful acts and conduct of Defendants were done with deliberate indifference to the statutory and constitutional rights of Plaintiff.

## COUNT II
## VIOLATION OF TITLE VII

42. The above paragraphs are hereby incorporated herein by reference.

43. By committing the foregoing acts of discrimination against Plaintiff, Defendants have violated Title VII.

44. Said violations were done with malice and/or reckless indifference and warrant the imposition of punitive damages.

45. As a direct and proximate result of Defendants' violation of Title VII, Plaintiff has suffered the damages and losses set forth herein and has incurred attorney's fees and costs.

46. Plaintiff is now suffering and will continue to suffer irreparable injury and monetary damages as a result of Defendant's discriminatory acts unless and until this Court grants the relief requested herein.

## COUNT III
## HOSTILE WORK ENVIRONMENT

47. The above paragraphs are incorporated herein by reference.

48. The foregoing actions of Defendant created a hostile work environment that was severe and pervasive and that altered the terms and conditions of Plaintiff's employment.

## COUNT IV
## PHRA

49. The above paragraphs are incorporated herein by reference.

50. Defendants', by the above improper and retaliatory acts, have violated the PHRA.

51. Said violations were intentional and willful.

52. As a direct and proximate result of Defendants' violation of the PHRA, Plaintiff has sustained the injuries, damages, and losses set forth herein and has incurred attorney's fees and costs.

53. Plaintiff is now suffering and will continue to suffer irreparable injuries and monetary damages as a result of Defendants' retaliatory acts unless and until the Court grants the relief requested herein.

54. No previous application has been made for the relief requested herein.

## COUNT IV
### Loss of Consortium

54. The above paragraphs are hereby incorporated herein by reference.

55. As a result of the negligent, careless, and/or reckless acts of Defendants, Plaintiff, Rosemary Hannigan has been caused to suffer, and will continue to suffer in the future, loss of consortium, loss of society, affection, assistance, and conjugal fellowship, all to the detriment of Plaintiffs' marital relationship.

**WHEREFORE,** Plaintiff demands judgment in his favor and against Defendant in an amount in excess of $75,000.00, together with interest, costs, punitive damages, attorney's fees and such other and further relief as this Honorable Court deems just, including equitable, injunctive relief.

## JURY DEMAND

Plaintiffs hereby demand a jury trial as to all issues so triable herein.

Respectfully Submitted,

BY: */s/ Matthew Weisberg*  
MATTHEW B. WEISBERG, ESQ

DATED: 2-14-2020

BY: _____  
GARY SCHAFKOPF, ESQ

DATED: 2-14-2020

# EXHIBIT A

EEOC Form 161-B (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**NOTICE OF RIGHT TO SUE** *(ISSUED ON REQUEST)*

| | |
|---|---|
| To: Johnny L. Fields<br>175 King Ave<br>Ewing Twp, NJ 08638 | From: Philadelphia District Office<br>801 Market Street<br>Suite 1300<br>Philadelphia, PA 19107 |

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 530-2019-03523 | Legal Unit,<br>Legal Technician | (267) 589-9700 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA must be filed in a federal or state court **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☐ More than 180 days have passed since the filing of this charge.

☒ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒ The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

☐ The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*Jamie R. Williamson*           11/26/2019

Enclosures(s)

Jamie R. Williamson,
District Director
*(Date Mailed)*

cc:
Krista Morse
1700 Markley Street
Suite 100
Norristown, PA 19401

Barbara Rittinger Rigo
LITTLER MENDELSON
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102

# EXHIBIT B

01/05/2020 20:47 FAX @006

Case 2:20-cv-00886-TR   Document 1   Filed 02/18/20   Page 15 of 15



**EMCOR**
*Facilities Services*

May 21, 2019

Johnny Fields
175 King Avenue
Ewing, NJ 08638

Dear Johnny:

This letter is to confirm our discussion today that your employment is terminated effective May 21, 2019.

Effective Tuesday, April 16, 2019 you were placed on a paid suspension pending an investigation into an altercation with a co-worker. Prior to the investigation concluding, our client, U.S. Steel, reviewed their contract and has terminated our services effective immediately. Consequently, your employment with us is terminated, as the position you held with us has been eliminated.

As a terminating employee, there are several issues related to your benefits of which you need to be aware.

### Payroll
Your last pay, including any earned, but unused vacation hours will be paid to you on Friday May 31, 2019.

### Medical, Dental and Vision Coverage
All Medical, Dental and Vision benefits will end on the last day of the month in which you terminate – May 31, 2019. You have the option to continue your Medical, Dental and Vision benefits according to the Consolidated Omnibus Budget Reconciliation Act (COBRA). You will soon receive information regarding benefit continuation from our COBRA administrator, ConnectYourCare. Please review the materials carefully as there are required 'reply by' dates.

### Employee Group Term Life Insurance/Dependent Group Term Life Insurance
All Life Insurance coverage ends on the last day of the month in which you terminate (May 20, 2019); however, you have the option to convert your life insurance to an individual whole life policy and, under certain circumstances, to a term life policy, with the insurance company within 31 days following your termination date. You will be contacted directly by Sun Life Financial with the information needed to apply. For information about your insurance, please contact Sun Life at 800-247-6875 or visit their website at www.sunlife.com/us.

### Group Disability Coverage
Your Short-Term and Long-Term Disability benefits end on last day of employment, May 20, 2019