# UNITED STATES DISTRICTCOURT
## EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | | |
|---|---|---|
| **JOHNNY FIELDS**, et al. | : | |
| Plaintiffs, | : | No.: 2:20-CV-00886-PD |
| v. | : | |
| **KENNETH SHAFFER**, et al. | : | **JURY TRIAL DEMANDED** |
| Defendants. | : | |

## PRAECIPE TO SETTLE, DISCONTINUE & END

TO THE CLERK OF COURTS:

Kindly mark the within matter as SETTLED, DISCONTINUED, and ENDED, with prejudice.

**WEISBERG LAW**

*/s/ Matthew B. Weisberg*
Matthew B. Weisberg, Esquire
PA Attorney ID #: 85570
L. Anthony DiJiacomo, III
Attorney ID No. 321356
7 S. Morton Avenue
Morton, PA 19070
(610) 690-0801
(610) 690-0880 – Fax
MWeisberg@WeisbergLawOffices.com
ADiJiacomo@WeisbergLawOffices.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICTCOURT**
**EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | | |
|---|---|---|
| **JOHNNY FIELDS**, et al. | : | |
| | : | |
| Plaintiffs, | : | No.: 2:20-CV-00886-PD |
| | : | |
| v. | : | |
| | : | |
| **KENNETH SHAFFER**, et al. | : | **JURY TRIAL DEMANDED** |
| | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I, Matthew B. Weisberg, Esquire, hereby certify that on this 23rd day of November, 2020, a true and correct copy of the foregoing Praecipe to Settle, Discontinue & End was served via ECF upon all counsel of record.

**WEISBERG LAW**

*/s/ Matthew B. Weisberg*
Matthew B. Weisberg, Esquire
PA Attorney ID #: 85570
L. Anthony DiJiacomo, III
Attorney ID No. 321356
7 S. Morton Avenue
Morton, PA 19070
(610) 690-0801
(610) 690-0880 – Fax
MWeisberg@WeisbergLawOffices.com
ADiJiacomo@WeisbergLawOffices.com
*Attorneys for Plaintiffs*